## VIRGINIA:

*In the Supreme Court of Virginia held at the Supreme Court Building in the City of Richmond on Thursday, the 11th day of December, 2025.*

Present: All the Justices

KAREN A. WILLIAMS, ET AL., APPELLANTS,

against       Record No. 240823
            Court of Appeals No. 1585-23-4

RAPPAHANNOCK COUNTY
BOARD OF SUPERVISORS, ET AL., APPELLEES.

UPON AN APPEAL FROM A
JUDGMENT RENDERED BY THE
COURT OF APPEALS OF VIRGINIA.

Upon consideration of the record, briefs, and argument of counsel, the Court is of the opinion that the appellants are not aggrieved by the judgment of the Court of Appeals as that term is defined by *Commonwealth v. Harley*, 256 Va. 216 (1998). *See also* Code § 17.1-411. Accordingly, the Court dismisses the above-styled appeal with prejudice.

This case was paired with *Board of Supervisors of Rappahannock County, et al. v. Karen A. Williams, et al.*, Record No. 240830, for oral argument. A separate order shall issue forthwith in that appeal.

This order shall be published in the Virginia Reports and certified to the Court of Appeals of Virginia and the Circuit Court of Rappahannock County.

A Copy,

Teste:

Clerk